UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA FAITH TORMAN,

    Plaintiff,

Case No. 17-10859
Honorable Nancy G. Edmunds

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

The Court having reviewed and fully considered the pleadings filed by the parties and the Magistrate Judge's Report and Recommendation, and for the reasons set forth in an Order dated March 12, 2018, and filed herein;

The Report and Recommendation of the Magistrate Judge is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment (Dkt. # 17) is DENIED, Defendant's motion for summary judgment (Dkt. # 18) is GRANTED, and this case is DISMISSED with prejudice.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: March 12, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 12, 2018, by electronic and/or ordinary mail.

    s/Lisa Bartlett
    Case Manager